UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHI
CLEVELAND DIVISION

| | |
|---|---|
| JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., A Maryland Corporation,<br><br>Defendant. | Case No.: 1:12-cv-02600<br><br>Judge Boyko |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Jesse L. Young, attorney for Plaintiff, Jasmine Lawrence, in the above-captioned action, hereby moves the Court to admit Jesse L. Young *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff, and in support of his motion, states as follows:

1. On May 28, 2009, movant was admitted to the State Bar of Michigan, Michigan Bar #P72614.

2. Movant is a member in good standing of the highest court of the State of Michigan as attested by the accompanying certificate from that court.

3. There have been no disciplinary proceedings instituted against movant, nor any suspension of any license, certificate or privilege to appear before any judicial regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

4. Movant understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

5. Movant's relevant identifying information is as follows:

   Jesse L. Young
   Sommers Schwartz, P.C.
   2000 Town Center, Suite 900
   Southfield, MI 48075
   Telephone: (248) 355-0300
   Facsimile: (248) 436-8453
   Email: jyoung@sommerspc.com

6. This motion is accompanied by the required $100.00 fee.

Dated: October 29, 2012               Respectfully submitted,

                                      /s/ Jesse L. Young
                                      Jesse L. Young, Esq.
                                      Michigan Bar No.: P72614
                                      Sommers Schwartz, P.C.
                                      2000 Town Center, Suite 900
                                      Southfield, MI 48075
                                      Telephone: (248) 355-0300
                                      Facsimile: (248) 436-8453
                                      Email: jyoung@sommerspc.com