UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHI
CLEVELAND DIVISION



| | |
|---|---|
| JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals, | Case No.: 1:12-cv-02600 |
| Plaintiff, | Judge Boyko |
| v. | |
| MAXIM HEALTHCARE SERVICES, INC., A Maryland Corporation, | |
| Defendant. | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Jason J. Thompson, attorney for Plaintiff, Jasmine Lawrence, in the above-captioned action, hereby moves the Court to admit Jason J. Thompson *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff, and in support of his motion, states as follows:

1. On November 17, 1992, movant was admitted to the State Bar of Michigan, Michigan Bar #P47184.

2. Movant is a member in good standing of the highest court of the State of Michigan as attested by the accompanying certificate from that court.

3. There have been no disciplinary proceedings instituted against movant, nor any suspension of any license, certificate or privilege to appear before any judicial regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

4. Movant is already registered for electronic filing with this Court.

5. Movant's relevant identifying information is as follows:

Jason J. Thompson
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
Telephone: (248) 355-0300
Facsimile: (248) 436-8453
Email: jthompson@sommerspc.com

6. This motion is accompanied by the required $100.00 fee.

Dated: October 29, 2012   Respectfully submitted,

_____
Jason J. Thompson, Esq.
Michigan Bar No.: P47184
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
Telephone: (248) 355-0300
Facsimile: (248) 436-8453
Email: jthompson@sommerspc.com