#1466056372 9/00/00

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION



FILED
12 NOV -1 PM 2: 24

| | |
|---|---|
| **JASMINE LAWRENCE**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>**MAXIM HEALTHCARE SERVICES, INC.**, a Maryland Corporation,<br><br>Defendant. | Case No. 1:12-cv-02600-CAB<br><br>**MOTION TO ADMIT<br>COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the Certificate of Good Standing annexed hereto I will move this Court pursuant to Rule 83.5(h) of the Local Rules of the United States District Court for the Northern District of Ohio for an Order allowing the admission of movant, a member of the firm of JOHNSON BECKER, PLLC and a member in good standing of the Bar of the State of Minnesota, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Jasmine Lawrence. There are no pending disciplinary proceedings against me in any State or Federal court.

My address is:

> Jacob R. Rusch, Esq.
> MN #391892 – Admitted May 6, 2011
> Johnson Becker, PLLC
> 33 South 6th Street, Suite 4530
> Minneapolis MN, 55402
> Telephone No.: (612) 436-1800
> Fax No.: (612) 436-1801
> E-mail: jrusch@johnsonbecker.com

The filing fee of $100.00 has been submitted with this motion for pro hac vice admission.

WHEREFORE, movant requests this Court enter the Order Granting Motion to Admit Counsel Pro Hac Vice, attached hereto as Exhibit A.

DATED: October 30, 2012                    Respectfully submitted,

*Jacob R. Rusch*
Jacob R. Rusch, Esq. (MN #391892)
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
E-mail: jrusch@johnsonbecker.com
Phone: (612) 436-1800
Fax: (612) 436-1801