UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:12CV02600 |
| vs. | ) ) | Honorable Christopher A. Boyko |
| MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR ADMISSION OF KATHERINE E. KENNY *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Defendant Maxim Healthcare Services, Inc. ("Defendant") in the above-referenced action, hereby moves the court to admit Katherine E. Kenny, *pro hac vice* to appear and participate as counsel in this case for Defendant.

As set forth in the affidavit attached as Exhibit A and the Certificate of Good Standing attached as Exhibit B, Ms. Kenny is a member in good standing of the highest Court of Illinois. The required $120.00 fee is being submitted contemporaneously with the filing of this Motion.

Ms. Kenny understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Ms. Kenny's relevant identifying information is as follows:

Business telephone: (312) 324-1000      Business fax: (312) 324-1001

Business address: Morgan, Lewis, & Bockius LLP, 77 West Wacker Drive, Fifth Floor,

Chicago, IL 60601

Business e-mail address: kkenny@morganlewis.com

For the foregoing reasons, Defendant respectfully requests that Katherine E. Kenny be admitted *pro hac vice* in the above-captioned matter. A proposed order is being filed contemporaneously herewith for the Court's convenience.

Respectfully submitted,

*/s/ Liana R. Hollingsworth*
David A. Campbell (0066494)
Liana R. Hollingsworth (0085185)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: 216-479-6100
Facsimile: 216-479-6060
E-mail: dacampbell@vorys.com
lrhollingsworth@vorys.com

*Attorneys for Maxim Healthcare Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 28th day of January, 2013, a copy of the foregoing *Defendant's Motion for Admission of Katherine E. Kenny Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Liana R. Hollingsworth*
One of the Attorneys for Defendant
Maxim Healthcare Services, Inc.