# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | | |
|---|---|---|
| JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals, | ) ) ) | CASE NO.: 1:12-cv-2600 |
| | ) | |
| Plaintiff, | ) ) | HONORABLE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) ) ) | **MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY C. RYAN MORGAN AND MORGAN & MORGAN, P.A.** |
| MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation, | ) ) ) | |
| Defendant. | ) | |

Plaintiff, JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals, and the putative class, respectfully move this Court to admit C. Ryan Morgan, Esq., and the law firm of Morgan & Morgan, P.A., *pro hac vice*, so that they may serve as co-counsel for Plaintiff in this matter.  In accordance with Local Rule 83.5(h), Plaintiff state as follows:

1. Mr. Morgan has been, and presently is a member in good standing of the Florida Bar, and more particularly, the United States District Court for the Middle District of Florida. Mr. Morgan is also admitted and eligible to practice before the following courts:

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status | Address |
|---|---|---|---|---|
| Florida Bar | 0015527 | 9/9/05 | Active / Good Standing | 651 E. Jefferson Street Tallahassee, FL 32399-2300 |
| U.S.D.C., Middle District of Florida | 0015527 | 2/2006 | Active / Good Standing | 401 West Central Boulevard Suite 1200 Orlando, FL 32801 |
| U.S.D.C., Northern District of Florida | 0015527 | 5/2010 | Active / Good Standing | 111 N. Adams St. Tallahassee, FL 32301 |
| U.S.D.C., Southern District of Florida | 0015527 | 7/28/2010 | Active / Good Standing | 400 North Miami Avenue Miami, FL 33128 |
| U.S. Court of Appeals for | 0015527 | 2008 | Active / Good | 56 Forsyth St. N.W. |

| | | | | |
|---|---|---|---|---|
| the Eleventh Circuit | | | Standing | Atlanta, Georgia 30303 |
| U.S.D.C., District of Colorado | 0015527 | 2/2011 | Active / Good Standing | 901 19th Street Denver, Colorado 80294 |
| U.S Court of Federal Claims | 0015527 | 3/12/09 | Active / Good Standing | 717 Madison Place, NW Washington, DC 2005-1011 |

2. Mr. Morgan's address, telephone number, facsimile number, and e-mail address are as follows:

> Morgan & Morgan, P.A.
> 20 North Orange Avenue, Suite 1400
> Orlando, FL 32802
> Telephone: (407) 420-1414
> Facsimile: (407) 245-3401
> Email: RMorgan@forthepeople.com

3. Mr. Morgan's registration number in the State of Florida is 0015527.

4. The affidavit of Mr. Morgan in support of this Motion is attached as **Exhibit "A".**

Therefore, Plaintiffs respectfully request that this Court permit C. Ryan Morgan, Esq., of the law firm Morgan & Morgan, P.A., to appear on their behalf in this proceeding.

Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose, Esq. (0055214)
Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
250 E Broad St, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Fax: (614) 744-2300
Email: bderose@barkanmeizlish.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically on March 12, 2013 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

                          Respectfully submitted,

                          */s/ Robert E. DeRose*
                          Robert E. DeRose, II, Esquire