# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals, ) ) ) ) Plaintiff, ) ) vs. ) ) MAXIM HEALTHCARE SERVICES, ) INC., a Maryland Corporation, ) ) Defendant. ) | CASE NO.: 1:12-cv-2600 HONORABLE CHRISTOPHER A. BOYKO **MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY CARLOS V. LEACH AND MORGAN & MORGAN, P.A.** |

Plaintiff, JASMINE LAWRENCE, individually and on behalf of all similarly situated individuals, and the putative class, respectfully move this Court to admit Carlos V. Leach, Esq., and the law firm of Morgan & Morgan, P.A., *pro hac vice*, so that they may serve as co-counsel for Plaintiff in this matter. In accordance with Local Rule 83.5(h), Plaintiff state as follows:

1. Mr. Leach has been, and presently is a member in good standing of the Florida Bar, and more particularly, the United States District Court for the Middle District of Florida. Mr. Leach is also admitted and eligible to practice before the following courts:

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status | Address |
|---|---|---|---|---|
| The Florida Bar | 0540021 | January 28, 2002 | Active / Good Standing | 651 E. Jefferson Street Tallahassee, FL 32399 |
| U.S. Supreme Court of Florida | 0540021 | 2/13/02 | Active / Good Standing | 500 S. Duval St. Tallahassee FL 32399 |
| U.S.D.C., Middle District of Florida | 0540021 | 11/3/04 | Active / Good Standing | 401 West Central Boulevard Suite 1200 Orlando, FL 32801 |
| U.S.D.C., Northern District of Florida | 0540021 | 10/08 | Active / Good Standing | 111 N. Adams St. Tallahassee, FL 32301 |
| U.S.D.C., Southern District of | 0540021 | 10/18/10 | Active / | 400 North Miami Avenue |

| Florida | | | Good Standing | Miami, FL 33128 |
|---|---|---|---|---|
| U.S.D.C., District of Colorado | 0540021 | 11/25/09 | Active / Good Standing | 901 19th Street Denver, Colorado 80294 |
| U.S.D.C., Western District of Tennessee | 0540021 | 3/9/12 | Active / Good Standing | 167 N. Main Street Memphis, Tennessee 38103 |
| U.S. Court of Appeals for the Eleventh Circuit | 0540021 | 11/2/09 | Active / Good Standing | 56 Forsyth St. N.W. Atlanta, Georgia 30303 |
| U.S. Court of Federal Claims | 0540021 | 2/8/12 | Active / Good Standing | 717 Madison Place, NW Washington, DC 2005-1011 |
| U.S.D.C., Southern District of Indiana | 0540021 | 1/3/13 | Active / Good Standing | 46 E. Ohio St., Rm 105 Indianapolis, IN 46204 |

2. Mr. Leach's address, telephone number, facsimile number, and e-mail address are as follows:

> Morgan & Morgan, P.A.
> 20 North Orange Avenue, Suite 1400
> Orlando, FL 32802
> Telephone: (407) 420-1414
> Facsimile: (407) 245-3341
> Email: CLeach@forthepeople.com

3. Mr. Leach's registration number in the State of Florida is 0540021.

4. The affidavit of Mr. Leach in support of this Motion is attached as **Exhibit "A".**

Therefore, Plaintiff respectfully requests that this Court permit Carlos V. Leach, Esq., of the law firm Morgan & Morgan, P.A., to appear on their behalf in this proceeding.

Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose, Esq. (0055214)
Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
250 E Broad St, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221

                Fax: (614) 744-2300
                Email: bderose@barkanmeizlish.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on March 12, 2013 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

                Respectfully submitted,

                */s/ Robert E. DeRose*
                Robert E. DeRose, II, Esquire