UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

JASMINE LAWRENCE, individually
and on behalf of all similarly
situated individuals,

    Plaintiff,

v.

MAXIM HEALTHCARE SERVICES,
INC., A Maryland Corporation,

    Defendant.

Case No.: 1:12-cv-02600

Judge Boyko

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Tiffany R. Ellis, attorney for Plaintiff, Jasmine Lawrence, in the above-captioned action, hereby moves the Court to admit Tiffany R. Ellis *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff, and in support of her motion, states as follows:

1. On November 10, 2011, movant was admitted to the State Bar of Illinois, Illinois Bar #6305795.

2. Movant is a member in good standing of the highest court of the State of Illinois as attested by the accompanying certificate from that court.

3. There have been no disciplinary proceedings instituted against movant, nor any suspension of any license, certificate or privilege to appear before any judicial regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

4. Movant's relevant identifying information is as follows:

Tiffany R. Ellis
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-936-2114
Email: tellis@sommerspc.com

5. This motion is accompanied by the required $120.00 fee.

Dated: October 28, 2013

Respectfully submitted,

_____
Tiffany R. Ellis, Esq.
Illinois Bar No.: 6305795
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-936-2114
Email: tellis@sommerspc.com

2

## CERTIFICATE OF SERVICE

I certify that on October 28, 2013, I filed the foregoing paper with the Clerk of the Court, which will send notification of such filing to all counsel of record.

/s/ Wendy E. Vaughn
wvaughn@sommerspc.com