IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JASMINE LAWRENCE, et al.,** | ) | CASE NO. 1:12-cv-02600 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MAXIM HEALTHCARE SERVICES,** | ) | |
| **INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE L. SWEITZER

Pursuant to N.D. Ohio Civ.R. 83.5(h), Defendant Maxim Healthcare Services, Inc. ("Defendant") in the above-reference action hereby moves the court to admit Stephanie L. Sweitzer, *pro hac vice*, to appear and participate as counsel in this case for Defendant.

As set forth in the affidavit attached as Exhibit A and the Certificate of Good Standing attached as Exhibit B, Ms. Sweitzer is a member in good standing of the highest Court of Illinois. The required $120.00 fee is being submitted contemporaneously with the filing of this Motion.

Ms. Sweitzer understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion. Ms. Sweitzer's relevant identifying information is as follows:

| | |
|---|---|
| Business Telephone: | (312) 324-1741 |
| Business Facsimile: | (312) 324-1001 |
| Business address: | Morgan, Lewis, & Bockius LLP<br>77 West Wacker Drive<br>Chicago, IL  60601-5094 |
| Business E-Mail: | SSweitzer@MorganLewis.com |

For the foregoing reasons, Defendant respectfully requests that Stephanie L. Sweitzer be admitted *pro hac vice* in the above-captioned matter. A proposed Order is being filed contemporaneously herewith for the Court's convenience as Exhibit C.

    Respectfully submitted,

    */s/ Liana R. Hollingsworth*
    Thomas F. Hurka (Admitted *pro hac vice*)
    Katherine E. Kenny (Admitted *pro hac vice*)
    Valerie E. Manos (Admitted *pro hac vice*)
    Mary Ellen Vales (Admitted *pro hac vice*)
    Morgan, Lewis & Brockius LLP
    77 West Wacker Drive
    Chicago, Illinois 60601-5094
    Telephone:  312-324-1000
    Facsimile:  312-324-2581

    David A. Campbell (0066494)
    Liana R. Hollingsworth (0085185)
    Vorys, Sater, Seymour and Pease LLP
    2100 One Cleveland Center
    1375 East Ninth Street
    Cleveland, Ohio 44114-1724
    Telephone:  216-479-6100
    Facsimile:  216-479-6060
    E-mail: dacampbell@vorys.com
          lrhollingsworth@vorys.com

    *Attorneys for Defendant*
    *Maxim Healthcare Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 23rd day of December, 2013, a copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                           */s/ Liana R. Hollingsworth*
                                           *One of the Attorneys for Defendant*
                                           *Maxim Healthcare Services, Inc.*

12/21/2013 18175123